YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
JASON R. MARGOLIS, ESQ.
Nevada Bar No. 012439
625 S. Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777;  Fax No. (702) 385-3001
*Attorney for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.    2:21-cr-00302-JCM-DJA |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SENTENCING** |
| ) | |
| BRADLEY MICHAEL RAU, ) | **(First Request)** |
| ) | |
| Defendants. ) | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney; by and through Joshua Brister, Assistant United States Attorney, counsel for the United States of America and Mace J. Yampolsky, Esq., counsel for Defendant Bradley Michael Rau, that the sentencing in this matter scheduled in this matter for December 2, 2022, be vacated and continued for a period of at least thirty days. This stipulation is entered into for the following reasons:

1. On September 23, 2022, the Defendant pled guilty to Counts 2 through 11 of the Superseding Indictment, and he is currently scheduled to be sentenced on December 2, 2022;

///

2. On September 28, 2022, the Defendant was interviewed by United States Probation Officer, Sunny R. Cascio;

3. Additional time is needed to investigate issues relevant to sentencing;

4. The parties agree to the continuance;

5. Defendant is in custody and does not object to the continuance;

6. This is the first request for a continuance.

DATED this 4th day of October, 2022.

JASON M. FRIERSON, United States Attorney

   /s/ Joshua Brister
JOSHUA BRISTER
Assistant United States Attorney

   /s/ Mace J. Yampolsky
MACE J. YAMPOLSKY, ESQ.
Counsel for Defendant

## **ORDER**

Based upon the foregoing, and good cause appearing; it is hereby ordered the sentencing in the above-captioned matter currently scheduled for December 2, 2022 be vacated and continued to **January 4, 2023, at 10:00 a.m.**

UNITED STATES DISTRICT JUDGE