YAMPOLSKY & MARGOLIS
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777
*Attorney for Defendant Barnes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>BRADLEY RAU,<br><br>             Defendant. | Case No. 2:21-cr-00302-JCM-DJA<br><br>**MOTION TO BE REMOVED FROM ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LIST** |

Bradley Rau, by and through his counsel of record hereby submits the following Motion to be Removed from the CM/ECF Electronic Notice List.

DATED this 31th day of January, 2023.

YAMPOLSKY & MARGOLIS

/s/ *Mace Yampolsky*
Mace Yampolsky, Esq.
Counsel for Defendant

**IT IS SO ORDERED.** The Clerk is directed to remove Jason Margolis from the CM/ECF electronic service list.

DATED: February 2, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE